ESCOLAR v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. April 6, 1921.) No. 3647. In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Diego Escolar

was convicted of unlawfully dealing in morphine, and he brings error. Affirmed. Jose A. Morales, of New Orleans, La. (Jose A. Morales and Henry J. Rhodes, both of New Orleans, La., on the brief), for plaintiff in error. Henry Mooney, U. S. Atty., of New Orleans, La. (William J. O'Hara, Asst. U. S. Atty., of New Orleans, La., on the brief), for the United States. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.